1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    FRANKIE LEE SMITH,                          CV F   05-1454 REC DLB HC

10                        Petitioner,

11        v.                                     ORDER OF TRANSFER

12   J.D. STOKES,

13

14                        Respondent.
     _____/

15

16        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

28 U.S.C. § 2254.

17

18        The petitioner is challenging a conviction from Sacramento County, which is part of the

Sacramento Division of the United States District Court for the Eastern District of California.

19

Therefore, the petition should have been filed in the Sacramento Division.

20

21        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

22

action will be transferred to the Sacramento Division.

23

          Good cause appearing, IT IS HEREBY ORDERED that:

24

          1.  This action is transferred to the United States District Court for the Eastern District of

25

California sitting in Sacramento; and

26
     ///

27
     ///

28

1

1        2.  All future filings shall reference the new Sacramento case number assigned and shall

2    be filed at:

3                                    United States District Court
                                     Eastern District of California
4                                    501 "I" Street, Suite 4-200
                                     Sacramento, CA 95814
5

6        IT IS SO ORDERED.

7        **Dated:    December 30, 2005**                      **/s/ Dennis L. Beck**
     ah0l4d                                      UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28